United States Court of Appeal
for the fifth Circuit

Jimmy Zavala
          (Petitioner)

          vs.

United States of America
          (respondent)

§ Appeal No: 10-51086
§ USDC No. 5:08-CV-234
§ [No. SA-04-CR-425 (2) OG]
§ No. SA-08-CA-0234-OG
§
§
§
§

---

## MOTION FOR CERTIFICATE OF APPEALABILTY

---

Comes now, Jimmy Zavala Defendant Acting In Pro Se, As A Layperson Respectfully moves For Certificate of Appealability, Pursuant To 28 U.S.C. § 2253 In order To Permit Him To Appeal The Court's Denial of His Motion To Vacate, Set Aside or Correct Sentence Under 28 USC 2255, And In support Thereof STATES:

1.) The Anti-Terrorism And Effective Death Penality Act (AEDPA) Requires Defendant In Actions Under 28 USC § 2255 To Apply For And Receive A Certificate of Appealability In order To Proceed With An Appeal. Under Drink and V. Johnson, 97 F3d 75 (5th Cir, 1996). The Court Has Authority To Grant A Certificate of Appealability such A Certificate May Issue . . . Only If The Applicant Has Made A Substantial Showing of The Denial of A Constitutional

(1.)

Right," 28 USC § 2255 (c)(2). The Determinative Test is whether The Constitutional Issues Raised Are "Debatable Among Jurist of Reason," That A Court Could Resolve The Issues In A Different Manner, or That The questions Are Adequate To Deserve Encouragement To Proceed Further. GREEN V. JOHNSON, 116 F.3d 1115 (5th Cir. 1997), Citing BAREFOOT V. ESTELLE, 463 VS 880 (1983)

① FIRST ISSUE FOR CERTIFICATE OF APPEALABILITY WHETHER JUDGE Abused is Discretion In Denying Defendant 28 USC § 2255, on Meritorious Issues.

ON SEPTEMBER 16, 2010 The District Court Denied Defendant's HIS 28 USC § 2255 MOTION, Along with Several other Issues AS:

1. The referral of This Cause To The Magistrate Judge is WITHDRAWN.
2. ALL relief requested in movant's motion to Vacate, Set aside, or Correct his Sentence Pursuant to Section 2255 of Title 28, United States Code, filed March 24, 2008, docket entry no. 980, as Supplemented by movant's Affidavit and memorandum of Law in Support thereof, also filed March 24, 2008, docket entry nos. 981 and 982, is DENIED.
3. Movant's motion to Supplement his Motion to Vacate, filed November 12, 2009, docket entry no. 1040 is GRANTED; all relief requested therein is DENIED.
4. Movant's request for an evidentiary hearing is DENIED.
5. Movant's motion to Compel discovery, filed April 2, 2010, docket entry no. 1115, is in all respects DENIED. See: Exhibit D Pages 1 and 2.

(2.)

6. ALL other Pending motions are DISMISSED AS MooT.

7. Movant's motion is DENIED a Certificate of Appealability.

1.) On NOVEMBER 22, 2010, Section 2255 MOTION docket entry no. 1181, was DENIED. See: Exhibit (B).

2.) MOTION TO Proceed In Forma PauPeris on appeal For The UNITED STATES DISTRICT COURTS, filed NOVEMBER 22, 2010, docket entry no. 1182, was DENIED. Along with Several other ISSues (docket Entries # 1056, 1059, Motion for Reconsideration # 1078, 1089, 1092).

IN A MEMORANDUN Decision ORDER AND JUDJMENT. IS NOTHING NEW, BUT RECITAL oF GOVERNMENTS RESPONDS.

Defendant filed For Notice of APPeal To Proceed IN Forma Paulteris on NOVEMBER 22, 2010, docket entry no. 1182. And Judge DENIED It on DECEMBER 6, 2010, at San Antonio, Texas.

Judge ASSerts That Defendant's Motion And APPeal fail To Present A "good Faith" Non-FrivoLous Section 2255 motion. ISSues As Required by 28 USC § 1915 (e)(3).

In Seeking To Proceed In Forma Pauperis, Defendant Zavala Is Not Required To Establish That He Will Actually Prevail on These Proceedings, But only That He Desires To ASSert Arguments That Are Not "FrivoLous. See., e.g. Free V. U.S., 879 F. 2d 1535, 1536 (7th Cir 1989).

An Action is Not "FrivoLous" Within The Meanings of Section 1915 When It ASSerts Any Contentions This IS, ConCeivable, Arguable. See, e.g., Livinoston V. Ahrondack, Beverages Co., 141 F. 3d 434, 437 (2nd Cir. 1998).

(3.)

DISTRICT COURT ACTION WAS ERRONEOUS

The District Court's Determination of The Motions Was Erroneous And Should Be Reversed Because There Was Violations of Defendant's Constitutional Rights Infringed By The Improprieties And Dishonesty Of Agent/SHERIFF Deputy AutoBee Under Oath, After His Arrest And Connection. Therefore His Credibility Is Highly Questionable—
The Jude Was Further Biased On Having An "Interest" In The Out Come of Trial: In Being Related To Plaintiff, (9) RICARDO SAENZ, a/k/a CookIE MONSTER. ALL The Evidence Is Public Information, See, Ancestry. Com.

It Was Based Solely on The District Judge Weighing of The Merits of The Contentans That Defendant Desires To Assert On Appeals. As Was Pointed out In The Original Motion This Is Improper.
The District Judge May only Measure Proverty And Determine Whether The Appeal Is "Frivolous". An Appeal Is "Frivolous" only If It Raises No Issue That Is Arguable. Coppedge V. U.S., 369 US 438, 445, 82 S.ct. 917, 8. L.Ed 2d 71 (1962). Accord. Denton V. Hernandez, 504 US75, 31-32, 112 S.ct. 1728, 118 LEd. 2d 340 (1992).
Therefore, It Was Improper For The District Court To Weigh And Judge The Probable Succes of These Contentions.
Because of This, Defendant Respectfully Urges That This Court Grant Him A Certificate Of Appealability on The Issue of Whether or Not The District Court Abused Its Discretion In Denying His Motions.
Where Fore, Jimmy Zavala Urges That This Court Grant A Certificate of Appealability With Respect To ALL Issues Presented In This Request.

DATED ON THIS December 22nd, 2010          Respectfully Submitted,

mr. Jimmy Zavala: 49053-180
U.S.P. Allen Wood
P.o. Box 3000
White Deer, PA [17887]

(4.)

# Certificate of Service "

This Is To Certify That On This 22nd Day of December, 2010. A True And Correct Copy of The Foregoing Was Mailed To UNITED STATES Of Appeals Address AS FolLow:

UNITED STATES CourT oF APPEALS
FIFTH CIRCUIT
OFFICE oF THE CLERK
F. EDWARD HERBERT BUILDING
       600 S. MAESTRI PLACE
NEW ORLEANS, LOUISIANA 70130-3408

UNITED STATES DEPARTMENT oF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
JOSEPH H. GAY JR., ASSISTANT U.S. ATTORNEY
CHIEF, APPELLATE SECTION
601 N.W. LooP 410, SUITE 600
SAN ANTONIO, TEXAS    78216

Exhibit B

November 1st. 2010

Mr. Jimmy Zavala #49053-180
United States Penitentiary
P. O. Box 3000
White Deer, Pa. 17887

Clerk of Court: Mr. William Putnicki
United States District Court
Western District of Texas
John H. Woods Jr.,
655 E. Durango Blvd.
San Antonio, Texas 78206

**FILED**

NOV - 8 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY CLERK

425

Re: Notice of Appeal; #5:04-CR-0045-OLG-2,

Greetings Court Clerk Mr. Putnicki;

This is a "Notice of Appeal" from the trial Judge Orlando L. Garcia's denial of the Motion to Vacate, set-aside or correct a federal criminal sentence pursuant to Title 28 USC §2255.

This Appeal is in the interest of justice where error violated a fundamental principle of constitutional law and request permission an Appeal review.

Thank You / Sincerely



Express-News

WELCOME, LETTIE − −MEMBER CENTER− −LOG OUT − −NEWSLETTERS− −RSS XML − −MYSPECIA

● Keyword ○ Site Se arch ○ Web Search by YAHOO!  Go

▶ CLASSIFIEDS
▶ REAL ESTATE
▶ DRIVE
: JOBS
▶ CAMP GUIDE
▶ SHOPPING
▶ YELLOW PAGES



The LG SteamWasher™ with the Al
Proven to reduce common allergens in fabrics
▶LEARN MORE

HOME   NEWS   WEATHER   SPORTS   BUSINESS   A & E   LIFESTYLES   TRAVEL   OPINION   MULTIMEDIA   BL·
Community  | Crime  | Crime Database  | Fiesta  | Education  | Environment/Water  | Health  | KENS 5 Video  | Local
Wire  | News en Español  | Politics  | Religion  | Special Sections  | Traffic

## Metro | State

### Story Tools

 



add to  YAHOO!

### Headlines

Assistant police chief placed on administrative leave

UPDATED. Man dies, woman wounded in neighborhood shooting

Bexar County early voting for April 8 runoff

Trinity lecture series to host UK professor

San Antonio Library extends branch hours

### Most E-mailed

UTSA students commit sin they're trying to halt

Ken Rodriguez: Ex-anchorman doesn't make excuses or defend his arrest for DWI

Teen mom has to grow up fast

It's sour. It's salty. It's frozen. It's a Pickle-Sickle.

# Bexar deputy faces drug rap

Web Posted: 03/11/2008 10:46 PM CDT

**Guillermo Contreras**
**Express-News**

A Bexar County sheriff's deputy who played a role in a drug conspiracy investigation that helped cripple Texas' largest prison gang is now facing a federal drug charge himself.

George Autobee, an 18-year deputy, was charged in federal court Monday with possession with intent to distribute methamphetamine. The charge stems from an investigation by the U.S. Drug Enforcement Administration, the same agency he was assigned to in 2004 and 2005 as part of a drug task force.

Autobee, 44, was arrested Friday by DEA agents who said they watched him buy 2 ounces of crystal methamphetamine from a confidential informant who told agents late last month that Autobee was a client. Autobee spent the weekend in jail before a federal judge released him Monday on unsecured bond.

a vertisement

Tom Hinojosa, head of the DEA in San Antonio, referred questions to the U.S. attorney's office. Assistant U.S. Attorney Greg Surovic, chief of the narcotics section, would not comment on how long Autobee was suspected of buying or dealing drugs.

If convicted, Autobee faces a minimum of five years and up to 40 years in prison.

"It's always sad when we have to do something like this to a law enforcement officer," Surovic said. "It's saddened a lot of his friends and people who work with him."

"This caught everybody off guard," said sheriff's Deputy Chief Dale Bennett.

1 of 2

Mom has family's
support

View 24 Hour | 7 Day

Mike McCrum, Autobee's lawyer, said, "There's a lot more to the story. I ask people to be patient before anybody draws any conclusions."

Bennett said Autobee has been with the Sheriff's Office since February 1990 and had served in several divisions, including narcotics. Autobee's latest assignment was with a federal task force investigating identity theft, Bennett said.

Autobee has been placed on 10 days of paid leave pending an internal investigation that could lead to his termination, Bennett said.

According to a criminal complaint, DEA agents recorded telephone calls Feb. 28 between Autobee and an informant in which Autobee agreed to buy 2 ounces of crystal methamphetamine at $1,500 per ounce.

The affidavit said they met in the parking lot of the H-E-B supermarket at Pleasanton Road and Southwest Military Drive. Autobee handed the informant $500 for 2 ounces of crystal methamphetamine that DEA agents provided; and he agreed to pay the balance later, the affidavit said.

DEA agents arrested Autobee before he left the parking lot and found the drugs in his vehicle.

Autobee's arrest left federal and state prosecutors in potentially thorny territory because of potential conflict-of-interest issues. He was a government witness in a federal drug prosecution of the Texas Mexican Mafia in 2005.

Prosecutor Surovic described Autobee's role in that and other drug cases as minor, and he predicted there would be no adverse effect on them.

"They're far enough in the past that the cases have already been resolved," Surovic said.

Shana Jones, a spokeswoman for the U.S. attorney's office, said federal prosecutors will assess any other case Autobee worked on "on a case-by-case basis."

In the state system, Bexar County First Assistant District Attorney Cliff Herberg said Autobee has been involved in many cases and that the office is pulling its files to review which ones might be dismissed.

"We're going to be reviewing all the pending cases and see if he is an essential witness," Herberg said. "If the case cannot be proved without him, those cases will be dismissed. If they can be proved without him, we'll proceed forward."

*gcontreras@express-news.net*

**Ads By Yahoo**

**Refinance $300,000 for Only $965/Month**
$300,000 Mortgage for only $965/month. Save $1,000's - no obligation.
(www.HomeLoanHelpLine.com)

**Monitor Every U.S. Market. Free Trial**
Monitor broadcast news from all 210 U.S. markets in near real time.
(www.VMSinfo.com)

**Only North Jersey**
All NJ local news, all the time for Bergen, Morris, Passaic Counties.

http://www.mysanantonio.com/news/metro/stories/MYSA031208.01B.deputy.3085.html          3/31/2008

Mobile Edition | Featuring the Express-Net



 news

Site | Yellow Pages | Calendar | Archives | Web Search by

keyword or search term

NEWS   SPORTS   SPURS   BUSINESS   LIFE   ENTERTAINMENT   OBITS   FORUMS   WEATHER   AUTO

COLUMNISTS | OPINION | WEATHER | TRAFFIC | EDUCATION | POLITICS | RELIGION | STORIES |

Web Posted: 04/13/2008 2:00 CDT

## Seized weapons take stage in gang trial

READ                     comments

RSS | EMAIL | PRINT | SAVE

Of all the evidence in a trial against four alleged members of the Texas Mexican Mafia, perhaps the most riveting was not a witness at all, but a cache of weapons that made its court debut Wednesday.

The 51 weapons, part of an armory seized last year connected to the gang's brutal trail of violence, gripped a federal jury's attention and was guarded as heavily as the most important government witness.

"An AK-47 with a bayonet," Bexar County Sheriff's Deputy George Autobee said, cradling an assault rifle in his hands.

Reaching into a plastic container holding several more similar firearms, Autobee pulled out another.

"Mossberg 12-gauge with pistol grip," he said as jurors, some mesmerized and wide-eyed, watched him introduce the guns into evidence.

The weapons — assault rifles, shotguns, pistols with scopes and silencers — were seized by deputies in April 2004 in the shed of a South Side home. The armory also includes bullet-resistant vests, a jacket similar to one used by police in raids, handcuffs, ski masks, latex gloves, two-way radios and bags of ammunition.

In the monthlong trial, the armory can mean longer prison stays for at least two of the defendants — alleged gang general Jimmy "Panson" Zavala and alleged lieutenant Johnny "Gira" Garcia-Esparza — if they are convicted.

### More stories

Wall Street follows world markets down
Births fuel boom in Hispanic population
Driver runs over teen who had been riding on car's hood
Texas college enrollment up 4.4%
Campaign sign theft higher than usual
For some voters, college is a real test
Frio tax assessor-collector pleads guilty to theft of $265,000
UTSA prof snags top prize for composition excellence
Two suspects nabbed in separate slayings
Brownsville man found guilty in infant's death

### Save and share

   

    Yahoo! Buzz



Contine

MOST :   com

Births fuel boor
Driver runs ove hood
Man kicked out
Eviction stands
Trouble was ev
Teen dies after
Editorial: McCa
Campaign sign
Ex-white suprei
Motorcycle acc

Because of two firearm counts they are charged with, they face five years in prison on top of the 10 years to life they face on drug conspiracy and money laundering charges.

autos

The two other defendants, Juan Victor "Smiley" Valles and Sammy "Spiderman" Garcia, are not charged in the firearm

counts


Select Make

Carlos V. "Chucky" Lopez, 42, a former gang lieutenant. testified Wednesday that when other gang members told him to store the armory in early 2004 there were about 80 guns then.

The items, Lopez testified. were checked out by members when they needed to collect "the dime," a 10 percent street tax, from drug dealers who refused to pay. The guns, he said, were usually returned the same day.

"If they were used, they were supposed to be cut up and destroyed," Lopez said, indicating why some guns were not returned and why police found only 51 firearms instead of 80.

According to Lopez, the gang's leadership — lieutenants and other high-ranking players — knew the location of the armory and only they could issue the weapons to members with lower rank.

But lawyers for Zavala and Garcia-Esparza disputed that the guns are tied to their clients, noting no fingerprints were retrieved from any of the weapons.


Do You

Excellent

Good

Fair

Prosecutors, however, showed jurors pictures of luggage tags found on some of the bags containing parts of the armory that link them to at least one high-ranking member. The tags bore the name of the ex-wife of Daniel "Gumby" Leza, the gang vice president targeted during last year's crackdown on the Mexican Mafia.

Leza pleaded guilty for his role in the conspiracy less than two months after the roundup. He was one of 24 people to do so before the trial began April 4.

*gcontreras@express-news.net*

## Comments

Login | Sign Up

0 comment(s) on "Seized weapons take stage in gang trial"

**san antonio area walk in dental clinic**
Find San Antonio Dentists & Dental Offices - Cosmetic,
Bonding & More.
(Dentists.YellowPages.com/sanantonio)

**christian singles in San Antonio**
christian singles in San Antonio Meet single Christians in
your area.
(www.singleC.com)

Ads by Yahoo

| mySA | Forums | Weather | Marketplace | Community | Express-N |
|---|---|---|---|---|---|
| News | Life | | Autos | Submitted | Contact Us |
| Blogs | Multimedia | **Topics** | Classifieds | Calendar | About Express |
| Business | National \| International | Community | Jobs | Photos | About Hearst |
| Columnists | News Wires | Health | Real Estate | Stories | Advertise in pr |
| Corrections | Obituaries | Hunting & Fishing | Shopping | Video | Place a classif |
| Data Central | Politics | Military City | Yellow Pages | About mySA | Newspaper De |
| Editorials | Sports | MomsInSA | | | EN Subscriptic |
| Education | Travel | SAPaws | | **About Us** | Reprint Permis |
| Entertainment | Traffic | SA Game Time | | Contact Us | Guidelines |
| Events Calendar | Video | Visitors' Guide | | FAQs | Buy Photos |
| | | SA Cultura | | Advertise online | |
| | | | | Events & Promotions | |